## NEW CASE PARTY INFORMATION

This form must be completed and submitted to the court as part of the civil case initiating documents referred to in Section IV.A of the Electronic Filing Procedures for the Western District of Wisconsin. This document is for informational purposes and will not become part of the record.

Please Answer the Following Questions:

Are the case initiating documents ready to be filed?

- ☑ Yes
- ☐ No

How is the filing fee going to be paid?

- ☐ Online through pay.gov
- ☐ In person with cash, credit card, or check
- ☐ Requesting *in forma pauperis*
- ☑ No Fee Required - U.S. Government Filing

Is a motion for preliminary injunction or temporary restraining order being filed with the case-initiating documents?

- ☐ Yes
- ☑ No

Information about Plaintiff(s):

List all Plaintiffs or Petitioners *exactly* as set forth in the caption.

**PRISCILLA BANH**, individually and on behalf of all others similarly situated;

List all counsel for Plaintiffs or Petitioners.

| Attorney Name | Firm Name |
| --- | --- |
| Nickolas J. Hagman | CAFFERTY CLOBES MERIWETHER & SPRENGEL, LLP |

Information about Defendant(s):

List all Defendants or Respondents *exactly* as set forth in the caption.

**UCSF HEALTH COMMUNITY HOSPITALS**, and **EPIC SYSTEMS CORPORATION**,

List counsel for Defendants or Respondents **(Removals Only)**.

| Attorney Name | Firm Name |
| --- | --- |
|  |  |

