**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

---

**PRISCILLA BANH,** individually and on
behalf of all others similarly situated,

       Plaintiff,

      v.                                 Case No.: 26-cv-00216

**EPIC SYSTEMS CORPORATION and
UCSF HEALTH COMMUNITY
HOSPITALS,**

       Defendants.

---

**JOINT STIPULATION FOR DEFENDANT'S EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO CLASS ACTION COMPLAINT UNTIL JUNE 5, 2026**

---

Plaintiff Priscilla Banh ("Plaintiff") and Defendant Epic Systems Corporation ("Epic"), by and through their respective counsel, stipulate and agree as follows:

**WHEREAS**, Plaintiff filed the Class Action Complaint on March 13, 2026 (Dkt. 1);

**WHEREAS**, Epic waived service of the Summons and Complaint on March 24, 2026;

**WHEREAS**, Epic's current deadline to answer or otherwise respond to the Class Action Complaint falls on May 25, 2026;

**WHEREAS**, Epic's deadline to answer or otherwise respond to the Complaint has not yet been extended by the Court;

**WHEREAS**, the parties have been conferring regarding the claims and defenses in this action and are engaged in discussions aimed at resolving this matter without the need for Court intervention;

1

**WHEREAS**, in light of these ongoing discussions, the parties agree that a brief extension of time to respond to the Complaint will conserve party and judicial resources and may facilitate resolution of this matter;

**WHEREAS**, the requested extension will align Epic's deadline to respond with the deadline for Defendant UCSF Health Community Hospitals to answer or otherwise respond to the Complaint;

**WHEREAS**, Plaintiff does not oppose a reasonable extension of Defendant's deadline to respond to the Complaint for this purpose;

**NOW, THEREFORE**, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that Defendant shall have up to and including **June 5, 2026**, to answer or otherwise respond to Plaintiff's Complaint.

The parties submit that this requested extension is sought in good faith, will not prejudice any party, and is likely to promote efficiency by allowing the parties to continue their efforts to resolve this matter without motion practice.

Dated: May 20, 2026

| | |
|---|---|
| */s/ Nickolas J. Hagman* | */s/ Eric J. Hatchell* |
| Nickolas J. Hagman (Wis. Bar 1085424) | |
| **CAFFERTY CLOBES MERIWETHER &** | **FOLEY & LARDNER LLP** |
| **SPRENGEL, LLP** | Eric J. Hatchell (WI Bar No. 1082542) |
| 135 S. LaSalle, Suite 3210 | Michael D. Leffel (WI Bar No. 1032238) |
| Chicago, IL 60603 | Amber R. Quinlan Willette (WI Bar No. |
| Tel.: 312.782.4880 | 1144563) |
| nhagman@caffertyclobes.com | Foley & Lardner LLP |
| Leigh S. Montgomery* | 150 E. Gilman Street, Suite 5000 |
| Texas Bar No. 24052214 | Madison, WI 53703-1482 |
| lmontgomery@eksm.com | (P) 608.257.5035 |
| | (F) 608.258.4258 |
| **ELLZEY KHERKHER SANFORD** | ehatchell@foley.com |
| **MONTGOMERY, LLP** | mleffel@foley.com |
| 4200 Montrose Blvd., Suite 200 | amber.quinlanwillette@foley.com |
| Houston, Texas 77006 | |

Phone: (888) 350-3931
Fax: (888) 276-3455

*Attorneys for Defendant Epic Systems
Corporation*

**COUNSEL FOR PLAINTIFF AND THE
PUTATIVE CLASS**